# United States Court of Appeals
## For the First Circuit

No. 16-2308

TOM DELANEY,

Plaintiff, Appellant,

v.

TOWN OF ABINGTON; DAVID MAJENSKI; CHRISTOPHER J. CUTTER;
KEVIN F. SULLIVAN,

Defendants, Appellees,

MASSACHUSETTS ATTORNEY GENERAL,

Interested Party, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on May 4, 2018, is amended
as follows:

Page 13 Line 5: Change "Police Prosecutor" to "police
prosecutor"